**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSSIE SANTIAGO, an individual California resident, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> INTUIT, INC., a Delaware corporation; GOOGLE, INC., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 5:12-CV-01262-LHK <br><br> ORDER GRANTING MOTION TO COMPEL ARBITRATION; DISMISSING CASE WITHOUT PREJUDICE |

11

12

13

14

15

16

17

18      Plaintiff Ossie Santiago ("Plaintiff") filed a complaint against Intuit, Inc. ("Intuit), Google,

19   Inc. ("Google"), and Does 1 through 100, inclusive (collectively, "Defendants"), on March14,

20   2012. *See* ECF No. 1.  On April 20, 2012, the case was reassigned to the undersigned judge.  ECF

21   No. 6.  On April 25, 2012, the Court related the above captioned case to *In re: High Tech*

22   *Employee Antitrust Litigation*, 11-CV-2509-LHK.  ECF No. 11.  On April 25, 2012, Intuit filed a

23   motion to compel arbitration and to dismiss, or in the alternative stay proceedings.  ECF No. 8.  On

24   June 1, 2012, Google filed a motion to dismiss Plaintiff's complaint pursuant to Federal Rules of

25   Civil Procedure 12(b)(1) and 12(b)(6).  ECF No. 15.  Plaintiff failed to respond to either motion.

26      As a result of Plaintiff's failure to respond to Defendants' two motions, On July 23, 2012,

27   the Court issued an Order to Show Cause Why Case Should Not Be Dismissed For Failure to

28

1

Case No.: 12-CV-01262-LHK
ORDER GRANTING MOTION TO COMPEL ARBITRATION; DISMISSING CASE WITHOUT PREJUDICE

1    Prosecute ("OSC").  ECF No. 22.  The Court ordered Plaintiff to respond by August 13, 2012, and

2    to appear at an OSC hearing on August 30, 2012.

3          Plaintiff failed to respond to the OSC by August 13, 2012, as ordered.  Instead, on August

4    23, 2012, ten days after the response deadline, Plaintiff filed a response stating that: (1) he was not

5    aware that his OSC response deadline was August 13, 2012; and (2) he does not oppose Defendant

6    Intuit's motion to compel arbitration, provided the case is dismissed without prejudice so that the

7    parties can pursue arbitration.  Plaintiff has no excuse for filing an untimely response to the OSC,

8    as he is represented by counsel and received ECF notice on July 23, 2012, of the Court's OSC and

9    the OSC response deadline.   However, because neither Defendant has yet served an answer or a

10   motion for summary judgment, Plaintiff may dismiss this action without prejudice without court

11   order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, Defendant Intuit's

12   Motion to Compel is GRANTED; this action is DISMISSED without prejudice; and Defendant

13   Google's Motion to Dismiss is DENIED as moot.  The OSC hearing set for August 30, 2012, is

14   accordingly VACATED.  The Clerk shall close the file.

15   **IT IS SO ORDERED.**

16

17   Dated: August 29, 2012                         _Lucy H. Koh_____

18                                                  LUCY H. KOH
                                                    United States District Judge
19

20

21

22

23

24

25

26

27

28

*United States District Court*
*For the Northern District of California*

2